AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY YOUNGLOVE,<br>Defendant. | Case No. 21-6628-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of **November 17, 2021** in the county of **Broward** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Justin C. Kalarchian, Special Agent, HSI
Printed name and title

Sworn to before me telephonically.

DATE: November 19, 2021

_____
Judge's signature

Lurana S. Snow, United States Magistrate Judge
Printed name and title

City and state: Fort Lauderdale, Florida

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin C. Kalarchian, being duly sworn, depose and state the following:

### INTRODUCTION AND OFFICER BACKGROUND

1.  I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since September of 2019. Previously, I was employed as a Special Agent by the United States Secret Service ("USSS"), from 2017 until 2019. Prior to that, I was employed as a Police Officer by the Town of Davie Police Department from 2012 until 2017. I am empowered by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and I am empowered by law to conduct investigations of, and make arrests for, offenses against the United States of America, including violations of Title 8, 18, and 19, United States Code. I am also empowered by a Memorandum of Understanding with the Drug Enforcement Administration ("DEA") to conduct investigations of narcotics violations under Title 21, United States Code.

2.  This affidavit is for the limited purpose of establishing probable cause that **Anthony Younglove ("YOUNGLOVE")** did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

3.  The information contained in this Affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. Because this Affidavit is provided solely for the purpose of establishing probable cause, it sets forth only those material facts that I believe are necessary to establish probable cause and does not include all the details of the investigation of which I am aware.

## **PROBABLE CAUSE**

### *Initial Investigation*

4.     Beginning in and around 2021, law enforcement received information that Anthony Younglove ("YOUNGLOVE") was actively selling narcotics in Broward County, Florida, utilizing businesses owned by YOUNGLOVE and family members, which included "Chi-Town Italian Beef & Chicago Hot Dogs", located at 334 East McNab Road, Pompano Beach, Florida 33060 (hereinafter "Chi-Town Italian Beef & Chicago Hot Dogs"), "Chi-Cutz Barbershop", located at 338 East McNab Road, Pompano Beach, Florida 33060 (hereinafter "Chi-Cutz Barbershop"), and "Jilliane's Exotic Wear", located at 330 East McNab Road, Pompano Beach, Florida 33060 (hereinafter "Jilliane's Exotic Wear") (collectively, "the Businesses").

5.     Between in and around March 2021, through November 2021, in a series of undercover buys, Undercover Detectives ("UC") and Confidential Human Sources ("CHS") purchased narcotics from YOUNGLOVE, to include purchases made from YOUNGLOVE at his Businesses.

### *Law Enforcement Encounters YOUNGLOVE*

6.     On or about November 17, 2021, an undercover officer ("UC")[1] agreed to meet with YOUNGLOVE at the parking lot of the CVS located at 1501 South Federal Highway, Pompano Beach, Florida ("The CVS"), to conduct a narcotics transaction. This meeting was surveilled by law enforcement and was captured on video and audio recording. Prior to the meeting, YOUNGLOVE agreed to sell the UC 170 grams of heroin in exchange for $10,800 United States currency.

---

[1] The UC was introduced to YOUNGLOVE though a Confidential Human Source ("CHS2"), who has proved to be trustworthy and reliable.

7. YOUNGLOVE was observed arriving at the CVS in a red Kia bearing Florida Tag "JILI95" (hereinafter, the "Kia"), which is registered to YOUNGLOVE. He was the sole occupant of the Kia. Upon arrival, YOUNGLOVE exited the Kia and entered the UC's vehicle. YOUNGLOVE provided the UC with approximately 170 grams of suspected heroin, and in return, the UC provided YOUNGLOVE with $10,800 United States currency. Following the exchange, law enforcement intervened, at which point YOUNGLOVE was apprehended and subsequently arrested.

8. The narcotics provided to the UC by YOUNGLOVE were recovered and field-tested positive for the presence of heroin and fentanyl.

9. Following YOUNGLOVE's arrest, his Kia was towed. Pursuant to Broward Sheriff's Office department policy, an inventory of the Kia was conducted prior to the tow, which revealed the following:

   a. Approximately 20 grams of suspected cocaine;
   b. Approximately 126 grams of suspected MDMA;
   c. Approximately 1,023 grams of Alprazolam pills; and
   d. Approximately $237,143 in United States currency.

10. Each of the above substances were confirmed by way of a field-test and/or were verified by Poison Control.

11. In addition to the narcotics recovered from YOUNGLOVE's Kia, one (1) Taurus Ultralite, 38 special firearm was recovered underneath the driver's seat of the Kia, in close proximity to the narcotics. The firearm was loaded and the serial number of the firearm was obliterated.

*Law Enforcement Executes Search Warrants on YOUNGLOVE's Businesses*

12. On the same day as YOUNGLOVE's arrest, law enforcement executed three (3) federal search warrants on YOUNGLOVE's Businesses, to include the following: Chi-Town Italian Beef & Chicago Hot Dogs (See 21-MJ-6623-SNOW)); Chi-Cutz Barbershop (See 21-MJ-6622-SNOW); and Jilliane's Exotic Wear (See 21-MJ-6624-SNOW).

13. The search warrants executed on Chi-Cutz Barbershop, Jilliane's Exotic Wear, and Chi-Town Italian Beef & Chicago Hot Dogs revealed, among other things, the following:

   a. Approximately one (1) kilogram of cocaine;

   b. Approximately 30 pounds of Amphetamine pills;

   c. Approximately 90,000 Alprazolam pills;

   d. Large quantities of United States currency intermingled with the narcotics; and

   e. One (1) loaded American Tactical Inc. 9mm rifle.

14. Each of the above substances were confirmed by way of a field-test and/or were verified by Poison Control.

[SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

15. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about November 17, 2021, **Anthony Younglove ("YOUNGLOVE")** did knowingly and willfully possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

*Justin Kalarchian*
Justin Kalarchian, Special Agent
Homeland Security Investigations (HSI)

Sworn to before me telephonically this __19th__ day of November, 2021.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

5