UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY YOUNGLOVE,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Third-Party George Simmons ("Petitioner")'s Verified Petition for Hearing to Adjudicate the Validity of His Interest in Forfeited Property [DE 59], the United States' Motion for Final Order of Forfeiture [DE 81], and the July 10, 2023 Magistrate Judge's Report and Recommendation (the "Report") [DE 104]. The Court notes that no objections to the Report [DE 104] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 104] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 104] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 104] is hereby **ADOPTED AND APPROVED**.

2. Petitioner's Verified Petition for Hearing to Adjudicate the Validity of His Interest in Forfeited Property [DE 59] is **DENIED AS MOOT**.

3. The United States' Motion for Final Order of Forfeiture [DE 81] is **GRANTED**, subject to the provisions that any forfeiture sale should take place as soon as is practicably possible, and that Petitioner should be allowed to pay delinquent taxes if necessary to avoid a tax deed sale.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of August, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Hunt
Counsel of Record